IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LUCAS LINDEN NUNNELEE                                                        PLAINTIFF

v.                                         Civil No. 6:22-cv-6029

DR. DARREN ELKIN                                                            DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed May 26, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Ford recommends that the Court dismiss Plaintiff's case without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failure to prosecute this case and for failure to keep the Court apprised of his current address.[1]

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 5) *in toto*. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED**, this 14th day of June, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] On April 6, 2022, and June 8, 2022, mail sent from the Court to Plaintiff's address of record was returned as undeliverable. To date, Plaintiff has not updated his address or otherwise communicated with the Court regarding this case.